IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>BRYANT RIYANTO BUDI,<br><br>        Defendant. | DOCKET NO. 3:18-CR-00214-RJC |

## SENTENCING EXHIBITS UNDER SEAL

Mr. Bryant Riyanto Budi, by and through his counsel of record, Assistant Federal Defender Cecilia Oseguera, hereby moves to submit, and submits, documentary evidence **under seal,** pursuant to L.Cr.R. 32.5(d) in mitigation of any sentence this Court might impose following the sentencing hearing scheduled for December 13, 2019. These documents are relevant to the "the history and characteristics of the defendant," 18 U.S.C. § 3553(a)(1).

Respectfully submitted:

  s/ Cecilia Oseguera
Cecilia Oseguera
Assistant Federal Public Defender
Attorney for Bryant Riyanto Budi
Federal Public Defenders
Western District North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720 (phone)
(704) 375-2287 (fax)
Cecilia_Oseguera@fd.org

DATE: November 26, 2019