**Ady Budi**
863 Royal Oak Way, Elgin SC 29045
803-608-2942●adybudi@yahoo.com

January 2nd, 2018

The Honorable Robert J. Conrad, Jr.

U.S. District Judge

Charles R. Jonas Federal Building

401 West Trade Street

Charlotte, North Carolina 28202

Dear Judge Conrad;

My name is Ady R. Budi, father of Bryant Budi. I am currently working at DAK, LLC in Gaston, SC as a project controller. My family and I moved to the United States from Jakarta, Indonesia in August, 2001 because my former company, Chemtex, transferred me to their headquarters in Wilmington, NC. I worked at Chemtex until 2015, when I began employment with my present job. My family and I have now lived in the United States for over seventeen years, and we are all proud American citizens.

Bryant, our second child, was born in Jakarta on August 8, 1991. During his early childhood, he had a very nurturing environment, surrounded by close relatives, which included grandparents, aunts, uncles, and cousins. My wife, my four sons, and I have always had a strong bond with each other. When Bryant was around two years old, he was baptized in the Roman Catholic faith. We sent him to a Christian elementary school in Jakarta. We attended church every week, and our sons also attended Sunday school.

After Bryant completed the fourth grade, our family immigrated to the United States. It was a traumatic change and a difficult adjustment to a foreign language, culture, diet, climate, and educational system. Because he had instruction and support from his ESL (English as a Second Language) class, Bryant could be placed with his peers in the fifth grade at Pine Valley Elementary School in Wilmington, NC. Mrs. Grigerick, his ESL teacher, was compassionate, dedicated, and helpful to Bryant and taught him the language and skills required to survive and thrive in his new environment. Because of this support and also his determination to succeed, Bryant made remarkable progress in school.

In middle school, Bryant became involved in the Science Olympiad. He has always had an interest in science and computers. Besides his school activities, he enjoyed soccer, baseball, and swimming. During summer breaks, he spent most of his time participating in Vacation Bible School, sponsored by various churches in our area. When he was older, Bryant served as a

volunteer with these programs. In high school, he continued to participate in positive and productive activities. He played tennis for his school team and also joined the youth group at St. Mark Catholic Church in Wilmington. During that time, Bryant went on a mission trip with his youth group to Washington DC to visit an orphanage, where he entertained, encouraged, and prayed with the orphans. This experience really touched him, as he realized how fortunate he was to have parents who have loved him unconditionally. In his sophomore year, Bryant had the opportunity to take part in Summer Ventures in Science and Mathematics, a program for academically talented students, who aspire to have careers in STEM (science, technology, engineering, and mathematics). During his summer vacation, he also worked as a lifeguard at Jungle Rapids Family Fun Park in Wilmington.

After high school, Bryant continued with his education, majoring in computer and electrical engineering at NCSU (NC State University). There he engaged in humanitarian work by volunteering for food drives and by helping to build homes for needy families. From his sophomore year until he graduated, he worked part-time as a hardware developer at Alcatel-Lucent in Raleigh, a French global telecommunications company. He was also a member of the IEEE (Institute of Electrical and Electronics Engineers), NCSU's Aerial and Terrestrial Robotics, and the tennis club. After he graduated from NCSU, Bryant became professionally employed with ABB (ASEA Brown Boveria), a multinational automation company. With this position, he was well on his way to pursuing his intended career.

Until he went off to college, Bryant lived at home with his family. Even after leaving home, he stayed with us whenever he had time off from college or work. Throughout the years, Bryant has displayed very positive character traits and values. He is a friendly, thoughtful, caring, helpful, affectionate, and respectful person. Because of these character strengths, we have called him "Angel" at home. I can share many examples of his positive traits. For instance; whenever he has seen me doing a chore, either fixing the smoke detector or washing the dishes, he has always offered to help. Bryant has been just as helpful to his mother, such as coloring her hair, or helping her find a job. His genuine acts of helpfulness and kindness have touched us, and we miss him so much! Because he is friendly and caring, Bryant has always had friends wherever he has lived or traveled. He is easy to get along with, so he is well liked and loved by many people.

When my wife and I heard that Bryant was incarcerated, we were extremely shocked. How and why could this have happened to Bryant? My head was spinning. For several days, we could not sleep or eat. We couldn't believe that Bryant would have the desire or ability to commit this offense. For the past several months, my emotions have been all mixed up. I have at different times felt confused, forgiving, upset, disappointed, loving, shameful, and guilty. However, with

the course of time, we have slowly adjusted to and accepted this unimaginable situation. Since we have hope and trust in God, we have faith that God has a plan for Bryant.

Since Bryant has always been active, he is using his time in jail in a constructive and useful way. He has spent more time praying and reading the Bible and other inspirational books, and he has joined a Bible study group. He is also taking a drug and alcohol awareness class every day. Bryant has displayed responsibility and respect for others in jail as well. For instance; one day Bryant borrowed a book from an inmate. Another inmate wanted to read the book as well, so Bryant let him read it. However, when the original owner wanted the book back, Bryant replaced the book in order to keep his promise to return the book and to avoid any conflict with inmates.

Honorable Judge: We can't provide you one hundred percent assurance (Perfection is only for God.), but we can assure you at ninety-nine percent that Bryant won't break the law again in the future. After knowing him his entire life, I can firmly state that Bryant is the kind of person who always learns from his mistakes, especially this one! This offense is extremely out of his character and set of values. Additionally, he realizes that this unfortunate experience has caused us to suffer greatly. His love for his family will also act as a deterrent to breaking the law, as he doesn't want to cause us any more pain.

Since Bryant has been in jail, I have spoken with him frequently by phone. He has been deeply sorry and sincerely regretful for this offense. He has also shown his love for God, his Savior, and for his family and friends, whom he has disappointed. However, we, as his loving family, are committed and dedicated to supporting him, and we will do whatever is required for his rehabilitation.

Your consideration of this letter in making a critical decision about Bryant's future is very much appreciated.

Sincerely

Ady Budi



St. Mark Church, Confirmation, May 15, 2007





## By Millard K. Ives
*Staff Writer*

Water-powered bottle rockets, bridge building and flying golf balls all were part of what got a science competition off the ground Saturday at UNCW.

More than 700 middle school and high school students from across Southeastern North Carolina worked in teams to compete in more than 30 science-based events at the Regional Science Olympiad 2004 at the University of North Carolina at Wilmington.

Many events consisted of some type of contraption that students built, including catapults for the "Storm the Castle" competition. With five large rings set on the ground – in a row about 2 feet apart – students tried to catapult a ball into the farthest ring.

Using fishing weights to flip the catapult's arm in the air, Thomas Harper, an eighth-grader at Trask Middle School, and classmate Kevin Whitley kept nudging the contrap-



Myrtle Grove Middle School student Bryant Budi examines a model of a heart during the Science of Fitness competition at Saturday's Science Olympiad held on UNCW's campus.

## OLYMPIAD RESULTS

Five middle schools and three high schools advanced to the state competition, which will be held April 23-24 at N.C. State.
**HIGH SCHOOL DIVISION:** Hoggard High School (first), West Brunswick High School (second), Laney High School (third).
**MIDDLE SCHOOL DIVISION (IN ORDER, FIRST THROUGH FIFTH):** Shallotte Middle, Williston Middle, Myrtle Grove Middle, Waccamaw Elementary and Clarkton School of Discovery.

tion a little to the right, then a little to the left, until they got the ball in a ring.

"We worked hard building this, so we feel real good right now," Thomas said.

In Mission Possible, students built a domino-effect contraption con-

sisting of several machines that trig-gered each other.

One of the event's highlights wa the Bottle Rocket Launch. Student competed to see whose rocket, pow ered by water and air pressure could stay airborne the longest.

Many rockets, including those Cape Fear High School student from Fayetteville, had lots of lift.

Adrian Cruz, a 12th-grader, an Steven Holden, a ninth-grader, ha times of 5.1 seconds and 5.3 se onds, respectively, with their rock ets created out of plastic soda bottle and cardboard propellers.

"You just have to be inventive Adrian said.

The event is usually only open students in New Hanover, Pend Brunswick, Columbus and Blade counties. But because sever schools from other counties, su as Cape Fear High School, we snowed in during their Scien Olympiad, they were allowed in S urday's competition.

SEE SCIENCE | 2

Case 3:18-cr-00214-RJC-DSC   Document 31-1   Filed 11/27/19   Page 6 of 39





The LORD is my strength and my might. Psalm 118:14a

Thank you for coming to
Camp E.D.G.E. VBS 2009
Harbor UMC

Join us June 28th for
Celebration Sunday
at 10:00am!

Brett Morris
201 E Davie St
Raleigh, NC 27601
bmorris@artspacenc.org
919-821-2787

December 18, 2018

The Honorable Robert J. Conrad, Jr.
U.S. District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

Dear Judge Conrad,

I am Brett Morris and I'm the Program Coordinator at Artspace, a non-profit gallery and artist studio space in downtown Raleigh, NC. I've spent the last 5 years since graduating from NC State University heavily involved in the arts scene in Raleigh with the goal of creating opportunities for the community to learn about, interact with, and create art.

I knew Bryant Budi while we were both at NC State. During our Freshman year (Fall 2009 - Spring 2010), we both lived in the Honors Village and had dorm rooms a few doors away from each other. We formed a fast friendship and would hang out on an almost daily basis and ended up playing a lot of racquetball together.

Bryant is incredibly smart and talented, and I was drawn to him because of his kindness and sense of humor. A specific instance where I saw Bryant (or Budi, as we liked to call him) being kind actually occurred on the racquetball court and since then it became a running joke. One night, a few of our friends had come along to play and after we had rented our gear, he noticed that every racket except for his was in pretty bad shape. He offered to trade his good racket for one of the crummy ones - seemingly insinuating that none of us were any good and would need the nicer racket to keep up - which made the rest of us crack up laughing. He didn't get it at first, because he wasn't thinking about how that gesture would come across. He just wanted to help.

Another example of his kindness occurred either late in the Fall 2009 semester or early on in the Spring 2010 semester, where he volunteered to host an exchange student in his room in our dormitory. I don't recall exactly what the program was, but it think it might have been something for high school seniors to get a sense of what living on campus is like. Bryant generously hosted this student for several days, touring him around the campus, letting him shadow his classes, and made sure that our group of friends welcomed him into our circle - at one point, and I think it was at Bryant's insistence, we showed the exchange student what college is all about – by packing a

DEFENSE EXHIBIT 2

ludicrous amount of people into a friend's compact car to take a late-night trip to Cook Out.

While we have not been in touch for a number of years, I remember him fondly. I feel that his actions were out of character, especially when I recall the Bryant I used to know, to which the above anecdotes can attest. When his family reached out to ask me to write this letter, I was happy to help.

If I can provide any further information to assist you in this matter, I can be reached via the contact info listed above.

Sincerely,

Brett Morris

**Giovanni Budi**
863 Royal Oak Way, Elgin SC 29045
910-200-9358    grbudi@ncsu.edu

January 4th, 2019

The Honorable Robert J. Conrad, Jr.

U.S. District Judge

Charles R. Jonas Federal Building

401 West Trade Street

Charlotte, North Carolina 28202

Dear Judge Conrad:

My name is Giovanni Budi, and I am the youngest brother of Bryant Budi. I am currently studying Computer Science at NC State University (NCSU). I have also worked as a research assistant for NCSU's College of Natural Resources for over a year now. I have known my brother my entire life, and I can certainly say that he is of strong moral character. He is kind, friendly, and always willing to help those around him.

Bryant cares about his family very deeply. Throughout my life, my brother has always been there for me. When I had a problem, he would always be supportive and attentive to my needs. When I asked for assistance, he was the first one to offer a hand. For example; Bryant helped me to adjust to my first year in college. During that year, he was the first person to visit me. Since I was stressed with exams and the pressure to do well, his visit gave me the moral support that I needed to continue my studies. When I left my laptop charger at home, he drove six hours to bring my charger to me without a single complaint or expectation of gratitude. When I had to interview a computer scientist for a class, my brother was the one who helped me contact one of his friends. Bryant has supported me throughout my life, and I am extremely grateful to have him as my brother.

I do not think the mistakes that Bryant has made portray my brother's true character. He is supportive, understanding, patient, and hard working. He is easy to get along with and has many friends. From my childhood, I remember a picture of Bryant and his friends. With all of them wearing a "Budi Club" t-shirt, his friends held my brother up high. His friendly nature is something I strive towards achieving. He would listen to other people's problems. He would help his classmates out with homework and projects. Everywhere he went, he would make friends. My brother is a loving person who deeply cares about the people around him.

DEFENSE EXHIBIT
3

**Giovanni Budi**
863 Royal Oak Way, Elgin SC 29045
910-200-9358     grbudi@ncsu.edu

I believe that my brother has also been a productive member of his community. He was involved in a wide variety of activities in school. Bryant was on the honor roll, played on the tennis team, and volunteered with different programs. When I was quite small, I saw his picture displayed in the newspaper while he was competing in Science Olympiad, and I felt quite proud. His interest in science also encouraged me to become involved in Science Olympiad as well. In addition to his excellence in school, Bryant also took time to volunteer for multiple organizations. For example, he volunteered at Vacation Bible School, the Red Cross, Habitat for Humanity, and food drives in our area. My brother is a helpful and thoughtful person. He's willing to take himself out of his comfort zone to assist other people. Therefore, I believe that Bryant has and will continue to contribute a lot to his community.

I hope that I have been able to accurately portray Bryant's true character to you. He is really a remarkable person, who has influenced many people's lives in a positive way. Despite his current offense, I still believe that my brother is an upright individual and a valuable member of our community. It is my sincere hope that you take this letter into consideration at the time of his sentence. Thank you for your time.

Sincerely,

Giovanni Budi

December 28, 2018

The Honorable Robert J. Conrad, Jr.
US District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC  28202

Dear Judge Conrad –

My name is John Wagner, and I currently work as a transportation engineer with HNTB Corporation in Raleigh, North Carolina.  I attended North Carolina State University with Bryant from August 2009 to May 2013.  During that time, I spent time with Bryant on a nearly daily basis.  We shared a small number of classes, but the majority of our interaction was in our dorm or apartment.  In addition, Bryant and I were both members of NC State's Catholic Campus Ministry and attended weekly Mass together on campus during that time.

I met Bryant on my second day at NC State, on the way to the University's convocation ceremony for freshmen.  Our friendship over the next four years involved most of what you would expect: attending sporting events, spending countless hours in the dorms playing video games, going on a spring break trip with other friends – your typical "college buddy" activities.  Bryant was one of my closest friends, particularly during my freshman and sophomore years.

Throughout college, I knew Bryant as a tremendous worker.  When he was working on schoolwork, his focus was unparalleled.  He was committed to earning a job; he worked as a co-op for a local company during our sophomore year.  Bryant had interesting but wholesome ways of showing his compassion and appreciation for others; for example, he called me needing a ride home because of car trouble.  Despite my assurance that I needed no favors or repayment for helping him out, I found a cheesecake in my dorm fridge just a few days later that he brought by in thanks.

Bryant's continued practice of his Catholic faith also made an impression on me.  As I mentioned, Bryant attended weekly on-campus Mass with me and a few other shared friends each Sunday.  We also attended events at NC State's Catholic student center throughout college.  While conversations about God or spirituality were rarities between us, I was encouraged to have Bryant as a friend sharing in my faith.

After graduation, the friendship between Bryant and I was drawn apart due to our diverging life paths.  I continued at NC State to earn a Master's degree in civil engineering while Bryant traveled around the country for work.  I would occasionally receive postcards and pictures from Bryant about his travels, but even those communications faded.  I attributed this solely to the passage of time and typical life changes post-college: new friends, career challenges, long-term relationships, and the like.  I underestimated the isolation that Bryant must have experienced in his life on the road for work.

As a judge, I know you hold a high regard for the truth, as a good and moral man should.  Judge Conrad, I write this letter to tell you about the Bryant Budi that I truly knew.  I do not truly know the Bryant Budi of today, nor do I truly know the circumstances that led to his crime.  What I truly know is that Bryant Budi has the potential to be a hard-working, faithful, and thoughtful man.  I know this because I have seen it.  I urge you to consider Bryant's history as you consider your sentencing.

Respectfully,

John A. Wagner

DEFENSE EXHIBIT
4

# Ethan Smith

2748 Gastonia Highway • Lincolnton, NC 28092• Phone: 704-530-1018 •
E-Mail: esmith@lincolncounty.org



Date:        12/21/2018

The Honorable Robert J. Conrad, Jr.
U.S. District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28092

Dear Judge Conrad,

My name is Ethan Smith, I work as a Software Developer for the Lincoln County Department of Social Services. I was a close friend and co-worker of Bryant Budi's in our time together at North Carolina State University, and in light of Bryant's recent situation I would like to give my opinion as to his character.

Receiving the news of the charges against Bryant from his father was genuinely one of the most shocking moments of my life. Due to nature of his job at the time and significant travel, Bryant and I have not been very close in the years after our graduation in 2014 apart from two meet ups or the occasional exchange of messages via text or online. However, during our time in school Bryant was extremely outgoing, caring, and wanted the best for me. I was always rather introverted and Bryant would go out of his way to make me feel included. In my sophomore year I trouble finding an internship in school. Bryant ceaselessly campaigned his boss and co-workers at the time to get me an interview and eventually an electrical engineering internship at Alcatel-Lucent that lasted for two years. Without him being there for me, I don't think I would be in the position I am today. Outside of work Bryant was extremely hard working and always trying to go the next step to prepare for his future. Through extra projects for school or just for the sake of learning, he was always seeking to better himself.

So you can see why I struggled with the news of Bryant's current situation. Just a few months ago I noticed that it had been awhile since I had heard from him and reached out via text/social media wishing him well and received no response. I suppose I have my answer as to why, and it's the farthest thing from what I could have imagined. I don't know what led Bryant down the path he took, but I just want to re-emphasize that the current situation he is in is completely out of character for the bright, goofy, career driven engineer that I know.

Thank you for your time.

Sincerely,

Ethan Smith

DEFENSE EXHIBIT
5

The Honorable Robert J. Conrad, Jr.
U.S. District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

Dear Judge Conrad,

I'm Fatima Beganovic and live in Salt Lake City, Utah. I am recently unemployed, but I have worked as a Team Manager at Sleep Number. My address is 2010 South 2600 East Salt Lake City, Utah 84108. My phone number is 801-706-2545. I met Bryant Budi trough his relationship with my daughter Edina Beganovic. Bryant was Edina's boyfriend for almost 3 years and when he would visit Edina, he would stay in our house. On some occasions he would stay 10 days, sometimes less. Bryant is very quiet, respectful and caring person. I would make meals for all of us and he would always offer to help me with anything that he could. He would to help with washing dishes since he insisted to help at least with something. I always felt safe and comfortable around Bryant.

Bryant was raised in a family where you respect and help any and everybody you can help. I know what happened is a big embarrassment for him and his family because he was raised to respect and help any and every body not to hurt anybody. This puts a shame on him and his family as a whole. I wish Bryant was more open to talk about any issue that he had with this person instead of doing what he did. I don't know what was going on between him and the person he was living with but he should at least talk to his family and ask for advice.

Bryant is very caring and thoughtful person toward his family and friends .He always talk with respect about everybody. He would call his family and talk to them when he was staying with us. I know if you would ask him to do anything he would do it for you. I remember when my daughter Edina told me that he offered her to pay of her student loan completely and she has over $30,000 in student loans. Edina rejected his offer saying this is my student loan and I don't want anybody to pay off my loan I will do it myself. I told Edina on this time that I'm very positively surprised by his kindness.

I know if Edina accepted he would pay off her loan, also I know if I asked him to give me money or help me with anything he would do it. He is just a very nice, kind, and caring person.

He was always working I remember him saying that he doesn't like to be unproductive. Bryant has very strong work ethic. I know that Bryant was very productive and he will be for the society.

Knowing Bryant I think he doesn't deserve this high sentence, he shouldn't be spending more than five years in the jail. Knowing Bryant this experience will have taught  him that he will be better human being , son, brother, friend, and a better member of the society.

DEFENSE EXHIBIT 6

Sincerely,

Fatima Beganovic

*Beganovic Fatima*

01 — 15 — 2019

Salt Lake City, UT



Stephen Swisher
5107 Reserve Dr. NE
Atlanta, GA 30319
(910) 550-8690

---

January 21, 2019

The Honorable Robert J. Conrad, Jr.
U.S. District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

Dear Judge Conrad,

My name is Stephen Swisher. I'm a 2nd Assistant Director and Unit Still Photographer for the professional Film and Television industry, and I've known Bryant Budi since 2005, where we met as Freshman at John T. Hoggard High School.

One morning, I was struggling to complete my Geometry homework before class. I had stayed up late editing a video I was making instead of doing my homework. Bryant saw me, and without hesitation, sat down and walked me through each problem step by step, not only helping me to finish on time, but tutoring me along the way. He did this before asking my name or a single question about myself. That's just the kind of person Bryant is.

I was an average student across the board. While I took mostly electives and the minimum required classes, focusing the majority of my time playing with computers, cameras, and video games, Bryant was a model student. He was extremely dedicated. He enrolled and excelled in nearly every AP course available. He participated in various clubs and honor societies, and all while competing for the school tennis team.

Coming from a line of smart, successful, siblings, he was well known and highly regarded by the students and faculty at school. He was never absent, never cheated, or even got in a single argument. No matter how much work he knew he had to do, he would always make time for his friends, and do whatever they wanted to do. He always put other's needs before his own. He's a friend to everyone, and one of the few people in this world I've known would always answer the phone when I called, no matter the time or circumstances.

DEFENSE EXHIBIT 7



Bryant's family is extremely important to him, and although very loving, his parents were quite strict and private. He never spoke it, but it was clear he often felt pressured to live up to the high accolades of his elder brother and sister. So, he took his studies very seriously, constantly pushing and holding himself to a very high standard.

Shortly after college, Bryant's degree and work experience earned him a great job on the west coast. We spoke less frequently, but when we did, he enjoyed the work he was doing and was happy to be working steady and making good money. He always spoke positively. I've never heard a negative word leave his mouth. With Bryant being an introvert though, I could tell the distance and constant travel was tough on him socially.

Bryant is an honest, kind, hardworking, loyal, and polite friend, but his best trait will always be his selflessness. He could never say no to anyone, and would do anything to help others before himself. However, he's always been too proud or embarrassed to ask for help himself, or admit when he's taken on too much. He'd never want to burden anyone else with his problems or foibles, and it's a weight he's always carried.

His only flaw is the pressure he puts on himself, and his inability to reach out for help. A flaw which, in this case, led him to make a terrible mistake. Bryant is not a dangerous man, or a criminal. He's a human being who let his emotions push him into this heinous action, and I believe he needs desperate help with his mental health, and a support system, not a jail cell.

Bryant's entire life, he has been a benefit to society, and I don't believe one horrible mistake like this could ever change that. No matter the verdict, I know he will continue to work hard for the betterment of himself and society. I would not be the success I am today without the friendship of Bryant Budi. Being raised by a single, working mother, he was there for me every time I needed help when I had no one else to ask, and I graduated with honors because of him. In the near 15 years I've known him, he's shown me nothing but unconditional generosity, and I can only hope that I've equally payed that kindness forward today.

Sincerely,

Stephen Swisher

Dear Judge Conrad,

I am writing this letter in order to provide you with my personal insight on Bryant Budi, as a brother, a friend, and a person in general. To introduce myself, my name is Stevan Budi, a surgical resident who is training at WVU currently. Being Bryant's oldest brother, it goes without saying that I have known him all of my life. He is far from perfect but hopefully by the end of this letter, you will agree with me that he is a genuinely caring, compassionate, and thoughtful individual.

I am honored to have known and have been Bryant's brother for all of these years; I could not have asked a better person to have been my brother. All this time, I was able to learn from him the meaning of patience, kindness, and compassion through his actions. Out of all the boys in the family, he is the person that everybody can rely the most. He is the type of person that would spend a whole day shopping with my mom or spending his whole afternoon explaining patiently to my dad on how to set up the internet in the house; something that none of the other brothers would rarely do. One particular recent example that stood out for me is when my second younger brother, Raymond, was looking for a job right after college. As always being aware of the needs of other people, Bryant took it upon himself to look for job openings and asked my younger brother to send him his most current resume so that he could edit it. The fact that he spent what little free time that he had to help out his brother without being asked to do so showed how genuinely kind and caring he is as a person.

Bryant is not only a great brother but he is also an amazing friend. Like any great friend, he has there for me through my ups and downs in life. In particular, he was there for me during the lowest period of my life, which was right after I graduated from college. After failing to obtain an admission into medical school, I became clinically depressed. At that time, nobody knew that I was struggling with depression. However out of everybody that I knew, only Bryant noticed that I was not being myself. He called me every day, checking on me and keeping my mind of from medical school. He even urged my parents to come visit me in Philadelphia where I was at that time, which they did. Looking back now, I am not sure how I would have gotten through that period of time of my life without the support of Bryant.

I sincerely hope that you take my letter along with the rest of the character letters in consideration when making your decision. Bryant Budi is truly a kind-hearted and compassionate individual who is perceptive to the needs of others and goes out of his ways to help others. Thank you again for your time and consideration. If you have any questions/concerns, please do not hesitate to contact me anytime at your own convenience at (803)-272-2275 or sb0114@hsc.wvu.edu

Sincerely,

Stevan Budi

DEFENSE EXHIBIT 8

683 Seven Lakes North

West End, NC  27376

December 14, 2018


The Honorable Robert J. Conrad, Jr.

U.S. District Judge

Charles R. Jonas Federal Building

401 West Trade Street

Charlotte, North Carolina  28202


Dear Judge Conrad:

My husband and I are retired teachers, originally from Connecticut, and we have lived in North Carolina around twenty years.  I was an English as a second language teacher in Wilmington when I first met Bryant Budi in August of 2001.  Having just immigrated with his family from Indonesia, Bryant was placed in the fifth grade at Pine Valley Elementary School.  It was my responsibility to teach him English and to give him support as he experienced the traumatic adjustment to a new language, culture, and educational system.  I was impressed with how quickly and smoothly Bryant adjusted to his new life in the United States.  He was a very cooperative and motivated student.  Learning English quickly, Bryant showed academic progress in all areas, and his conduct was exemplary.

Through the years, we remained close to Bryant and his family. The Budi family really impressed us with their resilience, adaptability, faith, and determination to succeed in this country.  Whenever we visited them, I especially enjoyed talking to Bryant.  He told us about his plans and aspirations, and I enjoyed looking over his essays and resumes.  He always listened respectfully to any suggestions for improvement.  One of our most memorable times with Bryant was on August 8, 2010, when he celebrated his nineteenth birthday.  Since his parents and

DEFENSE EXHIBIT
9

brothers were all in Indonesia, we contacted Bryant and asked if he and his friend would like to go out to a restaurant for his birthday. He happily accepted, and we all had a great time.

We are very pleased that we are considered a part of the extended Budi family. We attended with pride Bryant's and his brothers' high school and college graduations. We were very proud of Bryant when he graduated from NC State with a double major in computer and electrical engineering. Likewise, we were not surprised when Bryant landed a promising job with a large productive company. He was well on his way to professional achievement.

However, my husband and I were both totally shocked when we heard of Bryant's arrest. This offense was completely out of character with the young man that we have known for the past seventeen years. Furthermore, there is nothing in Bryant's family background that would have led him to commit this crime.

Going forward, we firmly believe that Bryant is re-evaluating his values and life's goals. I spoke to him in November, and he said that the "Twelve Step Prayer Book" that we had sent to him was helping a lot. I believe that he is also attending Bible study, which should strengthen his faith and determination to turn his life around. We feel assured that Bryant will display the same resilience, adaptability, and will to succeed that he showed years ago when he first arrived in this country. Given the opportunity and support, we are confident that Bryant will rehabilitate and go on to lead a purposeful and productive life.

Thank you for your consideration of this letter in determining Bryant Budi's future.


Sincerely,

*Sherol E. Grigerick*

Sherol E Grigerick

*James D. Grigerick*

James D Grigerick

Taariq Watson
200 Castlewood Dr. Apt 622
Salisbury, NC 28147
910-685-6511

January 5, 2019

The Honorable Robert J. Conrad, Jr.
U.S. District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Dear Judge Conrad:

My name is Taariq Watson and I work for an electronics recycling company in Salisbury, NC. I first met Bryant Budi in 2002 as we were starting middle school together and I consider Bryant to be one of my good friends. Bryant and I attended the same middle school and high school in Wilmington, NC and we had many of the same classes together. In high school, Bryant and I also participated in the some of the same after school activities, such as the Science Olympiad Team and the Math Team. Bryant and I graduated from high school in 2009 and then we went off to different colleges. Our paths diverged from that point and we lost contact for a period of five years or so. After I had graduated from Duke University and moved to the Charlotte area, I found out that Bryant was living in the area as well. Bryant and I were never able to reconnect before the incident that Bryant is involved with.

During the time that I knew Bryant in middle school and high school, Bryant was a very kind, easy-going and thoughtful person who was fun to be around. Whenever Bryant and I had the same class together, we made sure to sit near each other when we could. We loved working together on group projects in class and solving math equations in our time after school with the Math Team. We enjoyed talking about video games and what girls we wanted to take to prom. We dreaded our AP Calculus homework but worked our tails off to earn A's in AP Physics. Bryant always talked highly of his older brother, Stevan, and how much he appreciated his parents putting him on a path to success. My favorite memory of Bryant is when we competed in the Duke Math Meet in our senior year of high school. Bryant's brother, Stevan, was attending Duke at the time and was a very gracious host to Bryant and I by showing us around the campus when we weren't competing in the problem solving competitions. Both Bryant and I thought it would be splendid to attend such a prestigious university together and potentially become

DEFENSE EXHIBIT
10

roommates. We truly enjoyed the experience of being away from home and having fun with our teammates in the Duke Math Meet competition.

The crimes that Bryant has been charged with are very serious and should not be taken lightly. However, these actions are completely out of character for the Bryant Budi that I have known for so long. During our school days, I did not know Bryant to get angry or act out violently. Bryant wasn't the type of person to cause drama or conflict and he could get along with just about anyone. I strongly believe that Bryant knows that he has made a huge mistake and that he is willing to accept the consequences. I am very confident that Bryant will return to being a productive member of society once he is released from prison. Bryant has a bachelor's degree from North Carolina State University and I am strongly believe that he can put his knowledge to use in the right circumstances. When I met with Bryant in the Mecklenburg County jail in November 2018, he told me he was spending his time reading and learning Spanish from his fellow inmates in return for teaching them words in Korean. I am very certain that Bryant will spend his time productively while incarcerated. To that end, I humbly ask Your Honor to show mercy on Bryant when he is sentenced.

Respectfully,

Taariq Watson

Taariq Watson

**Kartika Gunawan**
**863 Royal Oak Way**
**Elgin SC 29045**

December 18th, 2018

The Honorable Robert J. Conrad, Jr.

U.S. District Judge

Charles R. Jonas Federal Building

401 West Trade Street

Charlotte, North Carolina 28202

Dear Judge Conrad;

    My name is Kartika Gunawan, the mother of Bryant Riyanto Budi. I have four sons, and Bryant is my second son. I arrived from Indonesia seventeen years ago to Wilmington, North Carolina due to relocation with my husband's job. I became a United States Citizen on September 23, 2011. I worked in the Child Nutrition Department with New Hanover County Schools in Wilmington for eight years. In 2017, I moved to South Carolina, where I am now working in the hotel hospitality and restaurant business.

    As parents, we raised our children in the Roman Catholic Faith. My favorite activity during the summer was bringing all of my children to the Vacation Bible School that several of the churches offered, week after week. After they grew too old to enroll in the programs, they became volunteer assistants.

    While we were living in Indonesia, when Bryant was a young child, our family went away to a resort for the weekend. The children had fun swimming in the pool and playing in the playground until Bryant got stung by a bee. His face became swollen and painful. Bryant exclaimed that he never wanted to come back to that resort because he did not want that bad experience to happen again. This incident displays Bryant's character to try to learn from an unfortunate situation and resolve not to repeat it. Bryant was also protective of his younger brothers. When we were on our vacation in Bali, Bryant always took care of his youngest brother and watched him playing and swimming in the pool.

    When he was a teenager, Bryant joined our church youth group. During the summer, he took a mission trip with his youth group to another church in Washington DC, where he helped out with orphan children. When he prayed with them, he cried because he felt so much compassion for them. On another occasion, I went to pick him up at the library, where he was a volunteer. As we were leaving, Bryant saw a woman whose car was stuck and wouldn't move in the rainy weather. Bryant immediately got out from our car and helped her push her car to a safe place in the parking lot.

DEFENSE EXHIBIT
11

As an adult, Bryant continues to be caring and helpful. Last year when I had difficulty breathing, Bryant helped me get out of the apartment and take some fresh air. He helped me get some deep breaths until I could breathe better. He always told me that anytime I needed help, he would be there for me. When he visited us, he gave his time helping me with different tasks, which ranged from dyeing my gray hair, to cooking and baking cupcakes. He usually offered his help before I could ask for it. He has always been respectful to me as his mom, and I am thankful and blessed that Bryant is my wonderful son. Since Bryant was arrested, he has spent more time praying and reading the Bible. In fact, he has joined a Bible study group. I strongly believe that Bryant will learn from this unfortunate experience and will become a good, trustworthy citizen in the future.

Sincerely

Kartika Gunawan

**Raymond Budi**
4848 Pin Oak Park Apt 606 ● Houston, TX 77081
rbudi@ncsu.edu ● (910) 386-8762

January 4, 2019

The Honorable Robert J. Conrad, Jr.

U.S. District Judge

Charles R. Jonas Federal Building

401 West Trade Street

Charlotte, North Carolina 28202

Dear Judge Conrad:

My name is Raymond Budi, Bryant Budi's younger brother. I have been working at Cognizant, a multinational corporation, as the UAT Test Lead under the Quality Assurance department for two and a half years. My present assignment is in Houston, Texas.

I have known Bryant all of my life. As my older sibling, Bryant has taught me a lot and has been a great role model. My brother is significant in my life in a number of ways. He is my best friend, and has always been available when I've needed help. Since he has such a positive, uplifting attitude on life, I know I can always count on him to cheer me up when I'm feeling down. He is a family man first and foremost, who is willing to do anything to help his family without acknowledging his own needs.

Bryant is a very thoughtful and caring person. He is very kind towards everybody and treats them with respect. Bryant has always made friends easily, so he has a number of great, supportive friends. When I had a difficult time adjusting to my first couple of years in school, Bryant was there for me with his protection, support, and encouragement. Another example of his devotion to his family and friends is that he always found time to visit them, even though his job required him to travel across the country frequently. Taking time out of his busy schedule, Bryant was the one who helped me move to St. Louis, Missouri for my first job out of college, and he showed me around the area as well. He has been a great support since our childhood, which has carried into our adult lives.

My brother is also a compassionate and generous person. He has helped me and others with problems at school and at his workplace, and has done volunteer work as well. As an example, during my first year at NCSU, Bryant encouraged me to come with him to join the Service Raleigh program, in

DEFENSE EXHIBIT
12

which NCSU students have opportunities to volunteer with different organizations. As a result, Bryant and I continued as volunteers until we graduated from NCSU.

Bryant is very hard working and always ready to lend a helping hand. He is usually the one who helps my parents around the house, by cooking with my mom or doing yard work with my dad, while I lounge around the living room with my younger brother. Because we were both at NCSU at the same time, I observed firsthand Bryant's strong work ethic. He achieved academically, graduating with difficult double majors in Electrical and Computer Engineering. I reached out to Bryant every time I had questions or problems with my school work since I knew that he would be willing to help me out. Additionally, during most of his time at NC State, Bryant was involved with a work co-operative, where he had to balance working at professional companies (Longent, LLC and Alcatel-Lucent) with his studies as a full-time student. This achievement was an impressive feat that I was not able to do until late in my junior year. After his graduation, Bryant became a productive employee for ABB, a multinational automation company. He was definitely on his way to a promising career.

I am certain that this unfortunate experience has taught Bryant a valuable lesson. I have talked to him since his arrest both via phone and video conference. He has shown remorse for his actions. I hope that you have mercy on my brother and give him a second chance, as I am a firm believer that second chances can lead to success. I know that this one mistake does not reveal who he is as a person. I have never seen Bryant repeating the same mistake. Therefore, I can vouch and swear by my life that Bryant will never do something like this again! Furthermore, when Bryant is released from jail, I strongly believe that he will be a responsible and productive member of our workforce and society again.

Thank you for your time in reading this letter and in considering my comments.


Sincerely,

Raymond Budi

# David VanLeeuwen

10105 Rodeo Dr, Waco, TX, 76712 · 919-426-2999 · vanleeuwen.david@gmail.com

December 16, 2018

The Honorable Robert J. Conrad, Jr
U.S. District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 76712

Dear Judge Conrad,

I have been friends with Bryant Budi since our freshmen year in college at North Carolina State University in 2009. We met at a freshmen event at our university's Catholic church. I quickly discovered that Bryant and I were in the same program – Electrical and Computer Engineering. Throughout undergrad we spent a large amount of time together, both in and out of school. After graduation in December of 2013, I moved out to Waco, TX with my fiancé to work as a Software Engineer at Space Exploration Technologies (SpaceX), while Bryant began work at ABB.

Bryant has been a fantastic friend to me. Though we have not been able to spend much time in person together in the past few years, he is my only friend that has come visited me in Texas. He came out multiple times to visit, including my bachelor party in Austin. We would text multiple times a week, and we would talk on the phone every couple of months. Bryant would send post cards from all the places that he was visiting. While living in St Louis, Bryant travelled out to Raleigh, NC for my wedding. I believe I have known Bryant very well.

Bryant is an extremely thoughtful person. When my wife and I were travelling to St Louis, Bryant gave up his bed and slept on the couch so that we could get a good nights sleep. Not many of my friends would give up their beds to us when travelling into town, and it shows great kindness.

I believe Bryant is an extremely productive member of society. He is a smart, hardworking engineer that has done the right thing no matter how difficult. While at NC State, Bryant was able to do a part time internship while taking classes. He excelled both in his work and classes even with such a demanding program.

I have been extremely surprised by Bryant's actions in this case. They are way out of character from what I know of him. I could not believe it when I heard what he had done. I believe it is extremely unlikely for Bryant to break that law in the future because he has always been great

DEFENSE EXHIBIT
13

at learning from his mistakes. When studying Engineering at NC State, when Bryant would make a mistake, he would never make the same or a similar mistake again.

I believe that Bryant has learned that what he has done is wrong and fully expect that he could become a fully productive member of society in a reasonable amount of time.


Sincerely,

David VanLeeuwen

Dear Judge Conrad,

My name is Peter McAnulty and I am a former classmate and friend of Bryant Budi. I attended NC State University for my undergraduate studies from 2006 to 2010. During my senior year at NC State, Bryant was an incoming freshman that I got to know over the course of that year. While at NC State, I was very involved in the Catholic Campus Ministry and I became the leader of the group in my senior year. During this time, Bryant was part of a freshman friend group that was the most involved in our Ministry. We would normally see each other at church on Sunday and throughout the week, as he also attended many of the functions, such as socials, service projects, and spiritual events.

After graduating from NC State with my engineering degrees, I moved to Virginia where I worked for Merck, a pharmaceutical company, as a process engineer. I have since held various roles throughout the company and am still currently working for Merck in the Philadelphia area.

While living in Virginia, I would come back and visit friends in the Raleigh area, including Bryant. During my visits I was able to get to know Bryant even more and I found that although Bryant was introverted, he was a loyal friend who was always quick to make a joke when engaging with others. While his introversion gave him some entertaining quirks, I think his lack of participation in social norms may have confused others. Bryant's lack of social norms and introversion made it more difficult for him to connect with others that did not understand him. These qualities may have led to a misunderstanding with his roommate and ultimately led him down the path in this current issue.

In order to better convey the Bryant Budi that I got to know, I want to provide an example of his true character. The best example of the thoughtfulness and kindness that Bryant encompasses occurred at my wedding. When my wife and I were married in 2013, Bryant attended our wedding. To our surprise, we opened up a present that contained a MacBook Pro computer (that I am currently typing on). We couldn't understand who would give us such a present. The name on the card indicated it was a mutual friend with Bryant that bought the gift, leading us to believe, for years, that someone else gifted us something so extravagant. Later on, we found out that Bryant had actually gifted us the computer. Our mutual friend told us he was unable to provide a gift due to financial reasons. So on our wedding day, Bryant handed him the wrapped present and said to say it was from the mutual friend and not himself, as he did not want the friend to show up empty-handed. Not only did Bryant not want to take credit for the gift, but he would rather see someone else feel fulfilled than himself. This generosity from a recent college graduate and the humility of Bryant are two gifts that can probably best speak to his character.

I have not kept in touch with Bryant much of the last 5 years and cannot speak to his current lifestyle that led him down this path to make a poor choice. The Bryant that I knew from 2009-2013 had the support around him from his friends, family, and

DEFENSE EXHIBIT 14

faith to be a good person. If these pieces still exist in his life, I have no doubt that Bryant can make better choices that will benefit those around him and society at large.

Peter McAnulty

December 13, 2018

The Honorable Robert J. Conrad, Jr.,US District Judge

Charles R. Jones Federal Building

401 West Trade Street

Charlette, NC. 28202

Dear Judge Conrad,

I was Bryant Budi's immediate supervisor at ABB for nearly five years. Bryant was part of my fifteen-person team responsible for delivering service that installed, commissioned, and integrated complex computer control systems to a broad range of industrial customers. During the time Bryant was on my team he demonstrated very strong technical skills and an ability to work as part of a team. While Bryant's personality style is introverted which resulted in his very quiet demeanor I felt I knew him as a smart, technically skilled worker with a keen sense of goal setting.

Bryant's time on my team allowed him to demonstrate a gentle sense of working with others. I never knew of him raising his voice to others or getting into arguments. He was a very good team member and fit into all work situations I placed him. He was always devoted to hard work and a dedication to getting the job done. I considered him to be a productive member of my team and society in general. I recall a time when he shared his vacation pictures with me and he talked about his trip with family. Bryant also talked about his girlfriend who he liked to spend time with. He had a good future with us and was growing his professional career.

I was shocked when I heard the news of Bryant's offences. It seems to be so far out character for him. I still can't believe the mild-mannered person I knew could have orchestrated such offences. I remember the times I took him to dinner when I met him at various work assignments around the country and he was this meek quiet person that had exceptional technical skills and a bright future as an engineer.

I'm sure Bryant feels remorse for his actions. Pleading guilty is likely how he is beginning his journey of remorse, so he might one day rejoin society as a productive member as he was when he worked for my team. I believe he has good character and values as a person. Please find it in your heart to consider leniency in sentencing.

Thank you very much for entertaining my letter.

Sincerely,

Gerry Ignatowski

5852 Westlake Loop

Keizer, OR. 97303

DEFENSE EXHIBIT
15

John Nardini, Ph.D.
1216 Athens Drive, Unit B
Raleigh, NC 27606

December 14, 2018

The Honorable Robert J. Conrad, Jr.
U.S. District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Dear Judge Conrad,

My name is John Nardini, and I am currently a postdoctoral scholar at the Statistical and Applied Mathematical Sciences Institute (SAMSI) in Durham, NC. I am writing this letter on behalf of Bryant Budi, whom I have known for the past nine years, ever since we both began our undergraduate studies at North Carolina State University (NC State) together. Over the next four years, I was in constant contact with Bryant, as we would play racquetball, attend church, and meet with friends together routinely. We maintained our friendship after graduation, as Bryant visited me in Boulder, Colorado several times when I was there for graduate school.

I understand that Bryant is currently under trial for attempted possession of radioactive material with intent to cause death or serious bodily injury to another person. I was shocked when I first read the reports about his arrest in the news, as I did not think that this act fit with Bryant's personal nature. For instance, I once told Bryant during college that I did not want to spend a long weekend alone when everyone else went home to their families (I am from New Hampshire, which was too far to travel to for a long weekend). Bryant immediately invited me to stay with him, and I ended up spending that weekend with him and his family in Wilmington. There he was sure to show me around town and meet some of his high school friends.

This experience and many others during our friendship have shown me that Bryant is a considerate person who values the people in his life. I know Bryant as a person who is always willing to lend a hand, and I consider him my good friend. He has a great sense of humor and always makes those around him smile. These characteristics are why I believe that this current offense is out of character for him. I am not sure how he got in his current situation, but I have no doubt that he has learned his lesson and will be an upstanding citizen when he is released.

Sincerely,

John Nardini

DEFENSE EXHIBIT 16

Hon. Judge Conrad,

My name is Paul Kender. I am a chemical engineer by trade, and more specifically I work in the field of process automation. I have known Bryant Budi for 4 or 5 years now. We used to work together at ABB. I've remained friends with most of my colleagues since leaving the company. I've traveled with Bryant to customer sites across the US, and I have worked overtime with him, dined with him at lunch and dinner, and I know him very well. I was one of the senior engineers who trained him. Needless to say, I was so shocked when I heard he'd been arrested that I didn't believe it, I thought it was outrageous gossip until I saw him on the Mecklenburg County site listed as an inmate in custody.

Bryant is a good kid. He was better at following all the rules at work than I was. He's a Christian, close with his family, throroughly dependable at work and outside of work. He's been a good friend to me. After all this time, it's still pretty unbelievable what's occurred, especially considering it was Bryant.

I don't know what was going on between him and his roommate for things to get to this point, but it must be pretty extreme. I haven't pressed him for details about it, in fact I've instructed him not to discuss the matter with anyone besides his attorney until his trial is over. I do know it is hands down the dumbest thing he's ever done. I have managed to be supportive and not poke fun at his foolishness, but it is indeed staggering.

I've never been a judge, but I know it must be a pretty difficult job. First you must determine what happened, whether someone is guilty or not, even though you weren't there when things happened. Next you have to decide the appropriate punishment for the crime. Wrapped up in that, is the enormous responsibility of keeping the community

DEFENSE EXHIBIT 17

safe, somehow determining who is going to remain a threat to public safety and who is capable of being rehabilitated. I know Bryant has been charged with a serious offense, but I don't think he's had so much as a parking ticket prior to this. I think the chances of him commiting a crime of any sort after he's released are pretty much nonexistant. I know he feels enormously ashamed and embarassed for his family.

Bryant was out in California working, and he came up to see me in Oakland while he was out here working. We spent Memorial Day weekend together, the weekend before he was taken into custody. I cannot help but wonder if I somehow failed him as a friend since he felt unable to confide in me what was going on. I would've liked an opportunity to talk some sense into him and set him straight.

Your honor, I humbly ask you show Bryant some mercy. If I didn't know him to be a good man, or thought it was likely he would do something like this again I would not write to you asking for leniency. Please take what I've written into consideration before passing judgement on him.

If you have any questions about him or me, feel free to contact me.

Respectfully,


Paul Kender

9327 Peach St.

Oakland, CA 94603

614.589.8593

paul.m.kender@gmail.com

1401 Stonington Drive
Wilmington, North Carolina  28412

The Honorable Robert J. Conrad, Jr.
U. S. District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina  28202

December 10, 2018

Dear Judge Conrad,

My name is Sonja Bartlett.  I am a stay at home wife and mother since February, 2000 when our son was born.  We homeschooled for eight years.  Our son is attending our community college currently with plans to transfer to a four year university to complete his education.

I live in Wilmington, NC where I met the Budi family in September, 2001.  At that time Bryant was about ten and a half years old.  He was quiet and always very respectful to me as an adult and friend of the family.  By respectful I mean if adults were talking, he would patiently wait until we were finished.  Bryant was good about watching over the younger children for safety and would laugh and play with them.  When his mother asked him to do something he listened and did not put it off but acted immediately.  In the summer Bryant and his brothers would attend Vacation Bible Schools at various churches in the area.  He enjoyed being with the other kids and making things.  When he grew beyond the age limit at VBS he would volunteer.  One year for Valentine's Day he made me a small flower pot with flowers and a sign reading, "Happy Valentine's Day."  Every year it has a special place in our home. Bryant got along well with his brothers in our home and when we would visit them in their home.  He was sweetly attentive to his mother.  For example when he was in his teenage years he would set up his mom's voicemail for her on her phone.  Through the years I watched Bryant grow as a handsome and intelligent young man.  He always attended the Catholic Church with his family.  Even during his college years his mother said he attended the church. Bryant would come

DEFENSE EXHIBIT
18

home to visit family during the holidays. To my joy, he would pop in for a short visit with his mom. Bryant has always been polite wearing a big smile!

I have been a friend of the Budi family for seventeen years now. I believe Bryant was raised in a very good family and has a good character. If even in a small way, I hope this letter can help Bryant.

Sincerely,

*Sonja Bartlett*

Sonja Bartlett

The Honorable Robert J. Conrad, Jr.
U.S. District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

Dear Judge Conrad,

My name is Edina Beganovic, I live at 2010 South 2600 East SLC, Ut 84108. I was Bryant's girlfriend of almost 3 years. I currently am an Execute Administrator for TazWorks in Utah. I know Bryant as a kind man who wouldn't hurt anyone. I don't know what would have driven Bryant to do what he did, however the Bryant that I know is kind, sweet, and has a big heart. Bryant and I dated for two and a half years. During that time, Bryant has shown nothing but kindness to everyone he interacted with.

Bryant traveled for work and would drive out of his way to have lunch with me, sometimes it would be a 30 minute drive for a 30 minute lunch. At the time we dated I was the Assistant Store Manager at Kohl's. He would make me a priority when he would visit. I know that Bryant is a great employee. While he was employed for ABB he would go out of his way to study and be prepared for the sites he would be sent to. He would use the online library that ABB provides its employees as well as practice on his own computer the different scenarios he might encounter. He even tried to save the money whenever he could, he would buy groceries and cook in the hotel room so that he wouldn't eat out. He was always working on was to do better at work and himself. He has a work ethic of noone I have seen before. Bryant always did his best for his employer.

When Bryant would visit me, he would stay at my house and would have dinner with my mom and I. He would help with dishes or anything that needed to be done. I went on a family trip to Indonesia with Bryant, his mom, two of his brothers, and I. I was fortunate enough to meet his family who are all wonderful. They have instilled in him great love, respect, and honor. While I was with them, Bryant went out of their way to make sure I was comfortable, he would took me to have coffee, which was out of the way, even though he doesn't drink coffee. I told Bryant that I wanted to see Bali while we were in Indonesia, and he made that happen. He made sure that I had a great experience while we were there.

During our relationship Bryant even offered to pay off my student loans which were over $30,000, I declined because I work and they are my responsibility. Bryant didn't even hesitate, he offered and I know that he would have paid them off as well. I know that Bryant gave a friend money so that she could attend a NASA camp. He gave it out of the goodness of his heart and never asked to be paid back or made the friend feel like she now owes him something.

Bryant is truly a wonderful man. Bryant and I broke up in the spring of 2018 because we didn't want the same things in life. I wanted to get married soon and have children and he wanted to

DEFENSE EXHIBIT
19

wait longer. I'm older than Bryant by 3 years and infertility is a concern so I would like to start a family soon. Although we have parted ways, I still think he is a great man. I don't know why he would do what he did, but I do know that whatever the reason he has learned his lesson.

I can honestly and truly say that if Bryant and I were still together, upon his release from jail he would still be welcomed by my family and into our homes, that's how great a man he is. Bryant made a mistake that I can in my heart of hearts say he has learned a lesson from. I know that he would be a great member of society upon release. I think his sentence should be reduced to a few years if any in jail.

There are numerous incidents of his great character and kindness that he has shown to many family and friends. I would be more than happy to provide more if you would so desire. Please don't allow someone who has made one mistake in their life to take away from all the good he has done and shown in the past. I would like to implore your honor to have mercy on Bryant.

Kindly,
Edina Beganovic

01/15/2019